IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:01CR3027 |
| | ) | |
| V. | ) | |
| | ) | |
| CASEY L. BROWN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Because they are frivolous,

IT IS ORDERED that the defendant's motion "for post conviction relief from judgment pursuant to 60(b) of the Fed.R.Civ.P." (filing 137) and application to proceed in forma pauperis (filing 138) are denied with prejudice.

DATED this 17th day of September, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge