IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:01CR3027 |
| | ) | |
| V. | ) | |
| | ) | |
| CASEY L. BROWN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that the defendant's "motion for reconsideration to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 and for clarification in order re 144-1 as to why defendant's constitutional claim is frivolous" (filing 147) is denied.

DATED this 7th day of December, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge